PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**FILED**

FEB - 2 2022

IN THE UNITED STATES DISTRICT COURT CLERK, U.S. DISTRICT COURT
FOR THE ___Western___ DISTRICT OF TEXAS Western District of Texas
___San Antonio___ DIVISION BY_____
                                    DEPUTY CLERK

___Daniel Cleaver    #824523___
Plaintiff's Name and ID Number

___Bexar County Adult Detention Center___ **SA22CA1225 JKP**
Place of Confinement

                         CASE NO._____
                         (Clerk will assign the number)

v.

___Sheriff Javiar Salazar 200 N. COMAL San Antonio, TX 78207___
Defendant's Name and Address

___Medical senior Director Kesandra Johnson  200 N.COMAL San Antonio TX 78207___
Defendant's Name and Address

___Lawyer William Chumbly Jr. 111 olmos dr. San Antonio TX___
Defendant's Name and Address
( DO NOT USE "ET AL.")

_____

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.   In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00.**

2.   If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis.* In this event you must complete the application to proceed *in forma pauperis,* setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.   The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis,* the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4.   If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

A.   Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ____ YES ✓ NO

B.   If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1.   Approximate date of filing lawsuit: _____ N/A _____

2.   Parties to previous lawsuit:

Plaintiff(s) _____ N/A _____

Defendant(s) _____ N/A _____

3.   Court: (If federal, name the district; if state, name the county.) _____ N/A _____

4.   Cause number: _____ N/A _____

5.   Name of judge to whom case was assigned: _____ N/A _____

6.   Disposition: (Was the case dismissed, appealed, still pending?) _____ N/A _____

7.   Approximate date of disposition: _____ N/A _____

II.     PLACE OF PRESENT CONFINEMENT: Bexar County Adult Detention Center

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ No

Attach a copy of your final step of the grievance procedure with the response supplied by the institution

IV.     PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Daniel Cheever #824523    Bexar County Adult Detention Center, 200 N. Comal, San Antonio, TX 78207

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing address</u>.

Defendant #1: Sheriff Javier Salazar of Bexar County Adult detention Center 200 N. Comal San Antonio TX 78207

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Senior Medical treatment denials, Outdated policies & Violations

Defendant #2: Medical Director Kasandra Johnson of Bexar County Jail 200 N. Comal San Antonio TX 78207

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Medical treatment Denials, Ignoring critical needs.

Defendant #3: William Dwight Chumbly Jr. EX Lawyer for Myself. 111 W. Olmos Dr. San Antonio, TX

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Total ignore of my rights, and requests for legal representation

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

V.     STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I hearby state that my Constitutional rights are being Violated on a Daily Basis at Bexar County Jail. Violations include, Religous persecution and no free exercise clause, no Access to The Courts or Law library Books, Discrimination of Gay inmates and no equal rights protection. No Adequate Medical treatment with zero response from The Medical Director Kasandra Johnson. No responses to Anything in 6 months from my Lawer William Clumbly, and zero rec1priction from Sheriff Javier Salazar fixing The totality of These Cruel and Unusual Punishments.

VI.    RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments. Cite no cases or statutes.

Change the outdated policies of Bexar County Jail and pay for Punitive damages, and emotional Stresses Sufferd.

VII.   GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Daniel Cleaver

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1817257 , 1948083

VIII.  SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___YES  ✓ NO

B. If your answer is "yes," give the following  information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): ___N/A___

2. Case number: ___N/A___

3. Approximate date sanctions were imposed: ___N/A___

4. Have the sanctions been lifted or otherwise satisfied?   ___YES  ✓ NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?    ___ YES ✓ N

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _N/A_

2. Case number: _N/A_

3. Approximate date warning was issued: _N/A_

Executed on: _12-12-21_
DATE

Daniel Cleever 824523
_(signature)_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _12th_ day of _December_, 20 _21_.
       (Day)                (month)              (year)

Daniel Cleever 824523
_(signature)_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

To whom it may Concern,                    11-21-21

Ive been trying to file a 1983 Lawsuit Against Bexar County for 6 months. I got here in June, + I have been Idenied The proper Information Needed to include in my 1983. They refuse to give me any of The perterat staff names over Certain departments, + They refuse to give me Any printed copies of any requests or Greivances to include. How Can I further my Lawsuit + file a proper 1983 if They flat out refuse to Answer my questions, + flat out refuse to give me printed Copies of Greivances + Appeals?

CAN somebody Make Them Give me The paperwork Necessary to file my Lawsuit? Constitutional rights are violated Daily here, + I have no help from any lawyers or jail staff. (Im pro'se)

          stuck here with These Questions.

( been 6 months )         Daniel Cheever #824523
                          200 N. Comal   Jail
                          San Antonio, T+ 78207

To whom it may Concern,          12-12-21

Ive ran into a wall with properly following protocal here in Betar County Jail. Ive written directly to my Lawyer and have been Ignored for over 6 months. Ive writen to Javiar Salazar, Sheriff of this facility along with all Deputy Cheifs including James Serrato, Roland Schuler, Richard Esqueda, James Bios, and Joel Jensson, yet have been Ignored. Ive Filed Numerous requests and Greivances, along with The follow up Appeal and nothing has been resolved. Ive requested Copies of all These printed and been Completly Denied (Outright refusal of Grievance Copies) My Medical condition is worsening and Ive been denied treatment of a Cancer Causing Condition. Senior Medical Director Kasandra Johnson has Completly ignored me and all my requests. My lawyer has Completly ignored me, and pourposly lied to me 3 times and left me to rot + fend for my own for over 6 months. I am now pro se /s/. This is my formal initiation of my 1983 Lawsuit for a Totality of Cruel and unusual Circumstances Against Sheriff Javiar Salazar, Senior Medical Director Kasandra Johnson and Attourney William Dwight Chumbly Jr. (Ex State representative for myself)

                              Thank You.

* sworn true *

Daniel Cheaver #824523
200 N. Comal. San Antonio TX 78207

To whom it may Concern,

This is a Suit for Cruel and unusual punishment, an Eighth Amendment rights Violation, do to the "totality of Conditions" and inhumaine Treatment, us inmates and pre-trial detanies are subjected to Daily at Bexar County ADult Detention Center. I've exhausted The greivance procedure, I have even writen over 20 outside Agencies, and appealed directly to Sheriff Salazar, and have been totally Ignored. In a time of worldwide pandemic, we should not be subjected to more added stress and unlawful policies. We are housed to Long, with to high of Bonds, with extended Confinement and forced to live in a Corona Virus infested "Closed invironment". We are NOT able to pray or practice our Chosen religous, we have no Access to the Courts, Law library, or Adequate information to help our Cases, and NO Adequate Health Care, or Clean facilities. I have Included all papers I could to support my allegations, including, Banking Account statements, and receipts, and Kiosk inqueries, and greivance Copies. Bexar County has denied me many things he requested, all Requests and even Copies made were not easily Attained, if attained at All. The Next papers Include a handwriten list of violations By myself, Sworn right and True Thank You

Daniel C Heever #8245-23

Totality of Cruel and unusual Punishment, Religous Persecution and outright Denial of Civil Rights. Stated as thus:

1) No religous freedoms. No Bibles Freely given (stated we have to earn a bible) No Church or Congregation services of any kind. No Religous Medallions Allowed. (No wooden, plastic, or hand made Medallions) No religous outlet at all, only two religons represented, Catholic and protestant

2) No law library or access to Courts, No Access to Any legal books, or knowledgable staff. No speedy court proceedings of Any kind, No speedy trials, No reasonably Set Bonds, and limited use of the P.R. Bond. Implementation of G.P.S. monitoring without guilt established.

3. Extended Confinement due to postponed or reset court proceedings (some cases waiting years) Extended Cell Confinement detrimental to most Human psychie. (on Average 122 hours of Cell time to 46 hours of Dayroom & Recreation weekly)

4. Equal protection of Rights denied. All general populations are not treated the same. Annex inmates enjoy 77 hours of Day room to 91 hours of Racked bunk time on a weekly Average, yet main Jail inmates get 46 hours of Day room, and 122 hours of Cell Rack time. All pods have different TV Channels, and Recreation opportunites. CD pod has No Basketball hoop or Balled Sports at All, while All other Get This Amenity. Also CD has No phone head sets and

are forced within one foot proximity to another mans Buttocks, violating Social distancing, and prea Standards.

5. Equal protection Rights of Gay or Transgender Inmates Violated by keeping their already Segregated PoD, on a teir System and 23 hour a Day Cell lockDown, Just because of Sexual Orientation.

6. No adequate health Care available. My HPV grows rampant and untreated causing me great pain and Itchy embarrasement, with a Constant Worry of Developing Cancer due to Non-Treatment. Only response given to me was "Deal with it in The free" My Allergy to Soy was Also Ignored due to Kitchen Workers not offering an Alternative, due to Medicals Denial to listen. I now have hemeroids and Constant diareah.

7. No Access to a Corona free, or Corona Conscious environment. No Cleaning Supplies, no Corona Testing, LockDown is the general diagnosis if Someone is found to have it, causing 14 Day Confinement without even Confirming anyone else is infected. Dorms are left to fight over mops, brooms, and Scrub brushes. No Chemicals Ever available to Clean our personal Cells. No Razors for personal grooming. Male Inmates are Just forced to go without.

08/16/2021 08:38:53 AM   PAGE: 1 OF 2

```
1-800-546-6283
Access Securepak                          Cntr: 389-11290008-A
3101 MARQUIS DRIVE, SUITE                 Subs: N
200                                       Carrier:
GARLAND TX 75042                          Whse: 389    Customer:35906(4354770
                                               Schd Ship Dt:08/16/21
824523                                             Delivery:5433083
DANIEL JAMES CHEEVER           18552912        08/13/21 Susan Brooks
BEXAR COUNTY
200 N COMAL ST
San Antonio TX  78207-3505
```

HOUSING: CD24~~              9895 Bexar County Jail Package Program - TX
                     Batch: TX_08162021_083156_214157

| PICK# | Alias | QTY | QCK | U/M | ITEM # | ITEM DESCRIPTION | LT | ITMPRC | TTLPRC |
|-------|-------|-----|-----|-----|--------|------------------|----|--------|--------|
| SubInventory: TBEXA | | | | | | | | | |
| | | 1 | _ _ | KIT | 80002926 | AFTERNOON DELIGHT KIT | K | 27.59 | 27.59 |
| 0967 | | 2 | _ _ | EA | 29071 | MISSING YOU CARD | C | | |
| 2345 | | 1 | _ _ | EA | 891 | SWEET FUSION ORANGE 19OZ | C | | |
| 2737 | | 1 | _ _ | EA | 10446 | FRITOS CHILI CHZ 2 OZ | C | | |
| 3130 | | 1 | _ _ | EA | 4493 | RITZ CKR CHEESE 1.35 OZ | C | | |
| 4321 | | 1 | _ _ | EA | 10513 | DORITOS NACHO 1.75OZ | C | | |
| 6016 | | 3 | _ _ | EA | 1347 | RAMEN-LIME SHRIMP W/HAB | C | | |
| 6026 | | 3 | _ _ | EA | 10 | RAMEN - CHILI 3 OZ | C | | |
| 6046 | | 3 | _ _ | EA | 8 | RAMEN - CHICKEN 3 OZ | C | | |
| 6125 | | 1 | _ _ | EA | 6026 | POTATO CHIP (HOT) 1.5 OZ | C | | |
| 6126 | | 1 | _ _ | EA | 6024 | SR CRM/ONION CHIP 1.5OZ | C | | |
| 6159 | | 1 | _ _ | EA | 7690 | CHEETOS FLAMN HOT 1.75OZ | C | | |

```
Rcvd:  $37.39  Discount/Promo:  $0.00 Process Fee:   $6.95 Sub Total:   $27.59

Refund:   $0.00  Discount/Shortage    $0.00 Sales Tax:   $2.85 TOTAL:     $37.39
     Total Package Weight (lbs) 40.11          Total Unique Items --> 1
```

SPECIAL INSTRUCTIONS:

The Edge Exchange

| Resident: | Location: | Subject: | Topic: |
|---|---|---|---|
| DANIEL CHEEVER (824523) | CD24 | copies | Law Library |

| Assigned: | Flag: | Ref #: | Status: |
|---|---|---|---|
| | Day 1 | 12463132 | New |

**DANIEL CHEEVER (824523)**  -  8/17/2021 11:28:46 AM (CT)

i need legal copies made of paperwork i have,also need copies of all my kiosk requests and greivances for my 1983 lawsuit.(physical copies) i need jailhouse lawyers handbook and federal court envelopes. also medical malpractice forms.

\* No access to kiosk req.

\* We do not make copies

\* Do Not provide jailhouse lawyer handbook

only legal research from Westlaw.

Do Not have medical malpractice forms only provide items related to crim case/ @incarceration

Can supply federal envelopes

KD

# BEXAR COUNTY ADULT DETENTION CENTER
## INMATE'S GRIEVANCE FORM

NAME Dan'el Cleaver    SID # 824523    DOB 6-5-86

DATE 9-2-21    INCIDENT DATE/ TIME Community Jail    HOUSING UNIT CD

State incident or problem as clearly and briefly as possible. (Use additional forms or plain paper if necessary). Place form in the box marked Grievance, the unit mail box or give to Living Unit Officer. You will receive your response through the mail. You can obtain additional grievance forms from Living Unit Officer. Do not attach any items or materials to grievance form.

It violates the cruel and unusial punishment Amad ment to treat us inmates differently from all other G.P. mds. We don't get rival rec with Select sports and we can't play team sports period. We Also don't have phones with cords because this used to be a lock down unit. This violates flag & Social Distancing to. So so use to N.R.s Asses(Sept it in for llot Balls Phones

PROPOSED SOLUTION TO PROBLEM install 5 Hoods Bring Balls, and Cordlet Phones So we are like all other G.P. mds. (_____)

_____
INMATE'S SIGNATURE

*************** FOR OFFICIAL USE ONLY * DO NOT WRITE BELOW THIS LINE ***************

RECEIVED BY _____ DATE _____ CASE # _____ CODE _____

_____ INVESTIGATED BY _____
_____ REFERRED TO _____ DATE _____
_____ REJECTED (include rationals for reject in response)
_____ NO ACTION REQUIRED (include reason in response)

### GRIEVANCE SUMMARY RESPONSE

_____
_____
_____
_____
_____

PROCESSED BY _____    REVIEWED BY _____
Grievance Officer                              Grievance Supervisor
                                                        Date: _____

WHITE COPY TO FILE
CANARY COPY RETURNED TO INMATE WITH RESPONSE
PINK COPY RETAINED BY INMATE

FORM 351-44 (8/11)

# Petition/Greivance for Equal Rights
## Rec, Hoop + Balls, Phone Cords

print      #      sign

1. Daniel Cheever #824523
2. Felipe Salazar #1066417
3. Emmanuel Villareal #997036
4. Stetson Bennett # 273976
5. Robert Briggs #039-834
6. Jacob Smith #995259
7. Dwayne Adams 749702
8. Asa Moore 501733
9. Tommy McCutchen 1148033
10. Julian Mata 949143
11. Fabian Arredondo 1007944
12. Vincey Waterman 958966
13. Edward Moore 1128379
14. Andrew Blackstar 1125500
15. Lane Wootan 1129971C
16. David Salazar 1052348
17. Jesus Monsivais 1143125
18. Jason Billingsworth 423669
19. Daniel Rangel #1084238
20. LaRay L Nimmo #1142170
21. Anthony Douglas #1136451
22. Edward E. Rodriguez 721672
23. Daniel Martinel #1138053
24. Dauntye Axiel #1418840
25. Kevin Hugerly # 1036187
26. Richard Moreno # 1005764
27. Royale Taylor 945615

The Edge Exchange

| Resident:<br>DANIEL CHEEVER<br>(824523) | Location:<br>CD24 | Subject:<br>diet | Topic:<br>Grievance |
| --- | --- | --- | --- |
| Assigned: | Flag:<br>Day 1 | Ref #:<br>12395397 | Status:<br>Replied |

**DANIEL CHEEVER (824523)** - 8/7/2021 6:36:20 PM (CT)

im allergic to soy and now that im indegent im forced to eat these trays . i told medical during intake and many times since then but they ignore me. i need a diet change because soy is making me extreamly sick in my guts.

**Cpl. S. McIntosh - Grievance** - 8/9/2021 8:43:06 AM (CT)

- Grievance received. Response to be provided upon completion of an investigation. Note, TCJS allows 60 days for a response.

**Cpl. S. McIntosh - Grievance** - 8/9/2021 8:44:38 AM (CT)   **(Hidden from Resident)**

2B1- no response to sick call

**GRIEVANCE SUPERVISOR Sgt. R. DeLosSantos** - 8/10/2021 11:54:37 AM (CT)   **(Hidden from Resident)**

21-2038

**GRIEVANCE SUPERVISOR Sgt. R. DeLosSantos** - 9/16/2021 1:29:40 PM (CT)

21-2038 Per Medical, a response to this request was sent on 8/10/2021.

Copy sent for case 21189...

Grievance Section

SEP 1 6 2021

Delivered to Mailroom

Patient: __CHEEVER, DANIEL__    SID#: __824523__ Unit: __CD__    Date: __8/9/21__

# DETENTION HEALTH CARE SERVICES (DHCS)
## RESPONSE TO REQUEST FOR MEDICAL CARE / PATIENT COMMUNICATION
## CONFIDENTIAL INFORMATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - Fold to here and tape closed - - - - - - - - - - - - - - - - - - - - - - - -

IR / Sick Call Request submitted: __8/7/21__    IR / Sick Call Request received by clinic: __8/9/21__

The Sick Call Request you submitted or Internal Referral submitted on your behalf has been reviewed. Based on the information provided, along with review of your medical record, the action indicated below has been determined to be appropriate. Resubmit a Sick Call Request if you need additional assistance.

☐ Your appointment with _____ has been scheduled; however, Bexar County Sheriff's Office (BCSO) prohibits release of the exact date and time of the scheduled appointment.

☒ Your request for __SPECIAL DIET__ has been ~~approved~~ / denied. Please see the additional information below. ~~Note: your commissary account has been billed for _____.~~

☐ Your medical record has been reviewed. The request for _____ refill has been:

    ☐ Approved – Your commissary account has been billed for ___ medications.

    ☐ Denied – If you feel this was in error, please submit a sick call for medical reevaluation.

☐ You have not been compliant with your _____. Please ensure you fully comply with all aspects of your medical care. If you no longer wish to continue or would like to change your current medical care or treatment plan, please submit a Sick Call Request.

☐ Your recent _____ have been reviewed and no significant abnormalities were noted. No changes in your current treatment plan are indicated.

☐ Changes to your current medical care and treatment plan are not indicated at this time. Please resubmit a Sick Call Request if you continue to need assistance.

Comments: __INFORMATION OBTAINED INDICATES YOU HAVE BEEN CONSUMING FOOD ITEMS CONTAINING SOY FROM COMMISSARY. NO DIET CHANGE INDICATED OR AUTHORIZED.__

Provider Initials: _____

(IM INDEGENT!)



**PLEASE FILL IN THE FOLLOWING INFORMATION:**

NAME: _____

POD: _____    SID NUMBER: _____

**RETURN THIS COMPLETED BIBLE STUDY AND YOU WILL EARN A BIBLE.**

## The Gospel according to John Bible Study—Prison Outreach

The purpose of the TIME for CHRIST JAIL MINISTRY is for you to come into a personal love relationship with Jesus Christ. This is not just a formula you can use to escape God's judgment and receive His blessings, here and in Heaven. If that's what you are thinking, then you don't truly understand what God is all about. He has a plan for your life. God wants you to know Him and love Him the same way He already knows and loves you. You are created to worship God in absolute surrender and to give Him the respect, honor, and glory that He alone deserves. God intends for you to become a success in life. God wants you to live in union with Him and experience His abundant peace, love, and joy. That is true success in life.

This can only happen as you invite the Holy Spirit to illuminate your heart and mind with the Scriptures. One book of the Bible that the Holy Spirit can use to accomplish this is the *Gospel of John*. You will come to know Jesus not only as your Savior, the One who was willing to pay the price to restore you to the way God intended you to be, but also as your Lord and Master, and as the Source of your life. God already knows everything there is to know about you. Jesus came to show you how the love of God can save you from your rebellion against God (sin) with its judgment to come. No man is good enough to be righteous before God, and no man is so bad that God cannot reach him with His love.

Until the Word of God moves from head information to heart revelation (understanding what God is saying), the rest of Scripture is lifeless. I challenge you to complete this Bible study with all the determination you have and **to believe what you have read.** You will be rewarded with knowing God, and you will begin to experience His love, forgiveness, and acceptance. Once the Holy Spirit of Jesus lives in your "born again" spirit, He will convince you of these truths. Then you are ready to explore the rest of the Bible.

You will need to use some of your time here to complete this Bible study. This is NOT a test! There is no time limit, so do your best. Prayer, talking with God, before and during this study is appropriate. You might pray like this: God, show me the truth that You sent Jesus Christ to reconcile me to You (put me right with You). Lord Jesus, if You show me that You are real and actually came to die for me, I WILL trust and follow only You! Amen.

**You must complete and return the entire study to receive a Bible.** An assistant chaplain will review your completed study, and the study will help us to know something about you before we come to visit you. Unlike a school exam, there is no grade on this study. We want you to receive God's real love, forgiveness, cleansing, and acceptance, which He freely offers you by faith in Jesus Christ (Who He is and what He has done for you and all mankind.)

1

You will need to read the Gospel of John verse by verse to complete the study questions that follow. All the questions are answered with "True" or "False" (T = True; F = False) or with "Yes" or "No" (Y = Yes; N = No). Answers to questions are found in the Chapters (Ch) and verses of each Question Number. Think carefully about these verses before choosing your answer.

1. Chapter 1: Verses 1-3, 14, 29 & 36. Who is the "Word"?
T     F     In verses 1-3, "Word" is the same as God, and "Word" is a Person ("He").
T     F     In verse 3, the "Word" ("Him") made all things, and there was nothing that was not made by Him.
T     F     The "Word" (God) became flesh and dwelt with amongst His people. (vs. 14)
T     F     The "Word" is another name for Jesus, and Jesus is God.

2. Ch. 1:4-9. Two characteristics of the "Word" (Jesus) are Life and Light. (Life means 'spiritual life' and Light means 'spiritual light'.)
T     F     The life of Jesus is the true Light of men.
Y     N     Can men have true Light without Jesus?
Y     N     Can men have true Life without Jesus?

3. Ch. 1:6-8, 15, 19-36. John the Baptizer was sent from God.
T     F     John declared that he, himself, was the Christ, the Messiah.
T     F     John said, "Look! The Lamb of God who takes away the sin of the world."

4. Ch. 1:13; Ch. 3:1-36. Nicodemus and becoming 'born again'.
T     F     Nicodemus recognized that Jesus is a teacher from God because of the signs and miracles Jesus had done.
T     F     Jesus said, "unless one is born again, he cannot see the kingdom of God."
T     F     To become born again means to be born of the Holy Spirit.
T     F     To be born again means to be born of God, not of blood, not of the will of the flesh, and not of the will of man. (Not a physical birth, but a spiritual re-birth)

5. Ch. 3:16 -21. God loved the world so much.
T     F     God gave His Son so that those who believe in Jesus will have eternal life.  (To 'believe' means believing Jesus is God in the flesh Who died on the Cross as the **only** payment for sins, was buried, and rose from the dead on the 3rd day.)
T     F     John 3:16 is speaking of physical life which is temporal (life until we die physically), not eternal life which is spiritual.
T     F     God sent His Son into the world to be its Savior, not to condemn the world.
T     F     The purpose of God is to redeem (spiritually save) the world, not to condemn it.
T     F     Those who do not believe the words of John 3:16 are already condemned by their choice to not believe.

6. Ch. 3:18-20.  Who is condemned (under God's judgment)?
T     F     If you have not believed in Jesus, you are condemned already.
T     F     People who do sinful things hate the Light because it exposes their evil deeds.

7. Ch. 6:30-63.  The Bread of Life.
T     F     The manna from heaven given by Moses was the true Bread of heaven.
T     F     Jesus is the true Bread of heaven from the Father, given to the world.
T     F     Whoever comes to Jesus (for salvation) will never hunger or thirst spiritually.

2

8. **Ch. 8:1-11. The woman caught in the act of adultery.**

T    F      The scribes and Pharisees were very holy and righteous men.

T    F      When Jesus said to the woman, "Neither do I condemn you," He was forgiving the woman for her sins?

Y    N      Have you received God's forgiveness of your sins by faith in Jesus as your Savior?

9. **Ch. 10:1-41. The Good Shepherd.**

T    F      The Good Shepherd enters the sheepfold (corral or sheep pen) by the door, and He lays down His life for His sheep.

T    F      The one who enters the sheepfold by any other way is a thief and a robber.

T    F      The Good Shepherd calls His sheep by name, and they follow Him because they know His voice.

T    F      The sheep will not follow a stranger because they do not recognize his voice.

Y    N      Are you following Jesus Christ, the Good Shepherd?

T    F      The thief comes to steal, kill, and destroy.

T    F      Jesus gives His sheep eternal life, and they shall never perish.

Y    N      Since Jesus is Lord and the Good Shepherd, is anyone able to steal His sheep away from Him?

Y    N      Is anyone able to steal the sheep out of the Father's hand?

10. **Ch. 14:1-31. Jesus' teachings to His disciples.**

T    F      When Jesus said, "I am the way, and the truth, and the life. No one comes to the Father except through Me," He was excluding ALL other possible ways to have a personal relationship with God the Father.

T    F      Jesus said, "Whoever has seen Me, has seen the Father."

Y    N      Do you believe these words of Jesus in the previous question?

11. **Ch. 15:1-27. The Vine and the Branch.**

T    F      The life of the vine flows into the branches, which abide on the vine. Jesus is the vine and believers in Jesus are the branches.

T    F      Whoever abides IN Jesus (the vine) has the life of Jesus abiding IN him.

Y    N      Have you received the Lord Jesus as your Savior so that His Resurrection Life may abide in you?

T    F      The Spirit is the Helper from the Father, and He tells the truth about Jesus and God.

12. **Ch. 16:1-33. When the Holy Spirit comes.**

T    F      The Spirit will convict (testify or give proof) the world concerning sin, righteousness, and judgment.

T    F      The Spirit convicts concerning sin because people do not believe in Jesus.

T    F      The Spirit convicts concerning righteousness because Jesus is now in heaven with His Father.

T    F      The Spirit convicts concerning judgment because at the Cross, the ruler of the World (Satan) is judged.

Y    N      The Holy Spirit glorifies Jesus by declaring truths of Jesus to believers.

T    F      The Holy Spirit guides followers of Jesus into all truth.

Y    N      Are you following the Holy Spirit as He guides you into all truth?

3

13. **Ch. 17:1-26.  The Prayer of Jesus for His disciples.**

T    F    The first thing which Jesus prays is that God will receive glory (honor) as Jesus dies on the Cross.

Y    N    Do you pray that God will receive glory in your life and in your death?

T    F    Jesus has authority from God to give you eternal life.

Y    N    Have you received the eternal life Jesus Christ has bought for you?

T    F    Jesus prays that He and the Father are One, and that His disciples will be one with Jesus, the Father, and all others that God the Father has given to Jesus.

Y    N    Are you one with the Father, the Son, and the others given to Jesus?

T    F    In verse 26, the last words of Jesus' prayer are "and I in them."

14. **Ch. 18:1-19:42.  The Crucifixion and burial of Jesus.**

T    F    If the Father offered His Son, Jesus, as the Sacrifice for all sin, the words of John the Baptizer in Verse 1:29 predict and explain this event.

T    F    In John 19:23-24, 28, and 36-37, John the disciple wrote that these things were done to fulfill Old Testament Scriptures.

T    F    In John 19:35, the disciple John says that he ("And he who has seen has testified...") was an eyewitness to these events.

Y    N    Do you believe his account of those events?

15. **Ch. 20:1-21:25.  The Resurrection of Jesus and afterwards.**

T    F    The evidence for the resurrection of Jesus satisfactorily explains the empty tomb!

Y    N    Does the eyewitness testimony of the disciples satisfy the claim that 2000 years ago Jesus was truly bodily resurrected from the dead and lives, because they saw Him alive?

16. **Ch. 20:28-31.  Why the disciple John wrote this book.  (Two reasons)**

T    F    The John wrote this book so that you may believe that Jesus is the Christ, the Son of God.

T    F    John wrote so that by believing, you may have Life Eternal in Jesus' Name.

T    F    IF Jesus was not bodily raised from the dead, then He must still be dead, and He cannot give anyone eternal life.

1 John 5:11-12, also in the New Testament, says, "And this is the testimony, that God gave us eternal life, and this life is in His Son. Whoever has the Son has life; whoever does not have the Son of God, does not have life." So, what makes a person a Christian is the Spirit of Christ living in that person.

T    F    Jesus has authority to make people "born again" and have eternal life?

Y    N    Have you been "born again" by faith in Jesus (believing He is God who became a Man, died on the Cross as the Only payment for the penalty of your sins, was buried, and was resurrected from the dead on the 3rd day)?

Y    N    If you have Not been "born again" by Faith in Jesus Alone or if you are Not Sure you are "born again" AND you want to talk about this Eternally Important Issue, USE THE KIOSK to request a Visit from the Chaplaincy Office.

Sir,

respectfully I am writing because of the deplorable treatment we are receiving here at Betar County. Our Amendment rights are violated Daily and I'm gonna try to keep This breif cause I know your a busy man. The food, sucks, its Dirty & we are left in our cells 168 hours a week to Just 4/6 hours of Day room (weekly Averg. not to mention Gays are "Segged up" Just for Being Gay. Numerous Amendment violations are what This letter is About Though. 1st and formost No religous Medallions. Every Jail I've been to, & prison (TDCJ included) Allows The free practice of Religion, with Access to religous Medallion In no way shape or form will a plastic, or wooden Medalion jeopradize The safety of Anyone, or The facility, After all Jail sell wood Dominoes, plastic Chess, & Metal Batteries! This is a rights violation. Next The Jail Doesnt let us Access The Courts in a timely manner, letting us (innocent until proven guilty) to sit for extended periods of time with High Bonds No. P.R. Bonds, we are supposed to see a Courtroom within 90 Days of Being Charged with a Crime. We are also supposed to get speedy trials, & Access to The Law library, not A kiosk. We need help & access to Law books. All This is denied to us, & Is Considered cruel & unusual punishment. We are treated badly, fed horrible soy & unbalanced diets, & denied certain Amenities Such as good health care, cleaning Chemicals & phones

with Cords, so we cant social distance & stay
covid free. So I am humbly asking in a time where
Corona runs rampant & people are dieing. we
need the chance to practice our religens with
medallions, & the chance to get cleeper Bonds or
P.R. Bonds so we can fight from the world
since yall dont allow Law Library Access or
speedy trials. Im trying to informaly resolve some
issues for the good of the jail, & for our
GOD given Amondment rights. These are inhumain
ways to live, & I ask you to please Consider
my words. Thank you.

Daniel Cheever
#824523

✱ Petition for The Inmates of Bexar
County Jail, Whos Rights are being Violated
By Religous Persecution, And Cruel and unusual
Punishment. No Access to Courts or Speedy
Trials, and No Court proceeding in timely manners
(made of Their own Volition)

1. Daniel J Cheever                                    824523
2. Alejandro Alvarado
3. Gilbert Sanchez                    14 July    1084119
4. Asa Moore 501733
5. Robert Manrequin
6. Jacob Smith 985259              Jacob Smith
7. Joshua Casarez
8. David Salazar
9. Dwayne Adams
10. Giovanni Renteria
11. Felipe Salazar 1066417 Felipe Salazar
12. David Salazar
13. Marco Herrera 530768
14. Michael A Reña 947946
15. Michael A. Reña 947946 Michael A. Reña 947946
16. Lane Wooten 1128716
17. Kareem Dyke #873867
18. Levi V. Flemings #493131
19. Ricky A. Halleman #1041000
20. Zachary Wiatrek #1038924
21. Johnie D. Jones #1090749
22. 19% Michael Johnson #1138426
23.
24.