UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DANIEL CHEEVER, TDCJ #02397184, § § | |
| Plaintiff, § § | |
| v. § § | SA-22-CV-1225-JKP |
| BEXAR COUNTY SHERIFF JAVIER SALAZAR; KASANDRA JOHNSON; and WILLIAM DWIGHT CHUMBLY, JR., § § § § | |
| Defendants. § | |

## JUDGMENT

Pursuant to Plaintiff Daniel Cheever's notice of dismissal, his 42 U.S.C. § 1983 Civil Rights Complaint against Defendants, Bexar County Sheriff Javier Salazar; Kasandra Johnson; and William Dwight Chumbly, Jr., is voluntarily **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED this 8th day of December, 2022.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE